UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRENDERGAST, et al.,

Plaintiffs,

-v.-

THE CITY OF NEW YORK, et al.,

Defendants.

25 Civ. 7574 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiffs, appearing *pro se*, bring this action under 42 U.S.C. § 1983; the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12131 *et seq*.; the Fair Housing Act, 42 U.S.C. § 3601 *et seq*.; and New York state law. ECF No. 15 (Am. Compl.). Plaintiffs Korey Prendergast and Kaydian Pressley filed the Complaint on September 11, 2025. ECF No. 1. By Order dated October 3, 2025, the Honorable Laura Taylor Swain granted Korey Prendergast's and Kaydian Pressley's requests to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 8. On July 21, 2026, this case was reassigned to this Court. On October 28, 2026, Plaintiffs filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1), which, *inter alia*, added Krishner Prendergast as a Plaintiff. Am. Compl. That same day, Plaintiffs filed a letter stating that "Mr. [Krishner] Prendergast's application to proceed in forma pauperis will be submitted separately." ECF No. 16. No such application has been filed.

"To proceed with a civil action in this Court, the plaintiffs must either pay $405.00 in fees . . . or, to request authorization to proceed *in forma pauperis* . . . , *each plaintiff must submit a signed IFP application*." *Hudson v. Se. Grand St. Guild*, No. 24 Civ. 1319 (LTS), 2024 WL 1119458, at *1 (S.D.N.Y. Mar. 14, 2024) (emphasis added). By **December 4, 2026**, Plaintiff

Krishner Prendergast shall submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 25 Civ. 7574 (JHR). If the Court grants the IFP application, Plaintiff Krishner Prendergast will be permitted to proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this Order and an information package to Plaintiff Krishner Prendergast at the address listed on the docket.[2]

SO ORDERED.

Dated: November 20, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge

[1] An IFP application form is attached to this Order.
[2] Plaintiffs may receive future Court documents by email by completing the form entitled Consent to Electronic Service. For more information about consenting to electronic service, please review the Court's Instructions. Parties who consent to receive documents by email will no longer receive Court documents by regular mail.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_______________________________________

_______________________________________

(full name(s) of the defendant(s)/respondent(s))

_______ CV _______________ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)

   I am being held at: _______________________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ____________________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________

   If "no," what was your last date of employment? ____________________

   Gross monthly wages at the time: ____________________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated Signature

Name (Last, First, MI) Prison Identification # (if incarcerated)

Address City State Zip Code

Telephone Number E-mail Address (if available)